IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OSSIE LUCY BB, JR.,
D.O.C. # 093605,

    Plaintiff,

v.                                                     4:19cv602–WS/CAS

MS. HAND, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed January 21, 2020. The magistrate judge recommends that the plaintiff's complaint be dismissed for failure to exhaust and to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the undersigned finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 8) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's complaint is DISMISSED for failure to state a claim upon which relief may be granted and for failure to exhaust administrative remedies.

3. The clerk shall enter judgment stating: "All claims against all defendants are DISMISSED."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii).

DONE AND ORDERED this    26th    day of    February   , 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE